Sept. 9th 2015

Dear 12th Court of Appeals

I would like to request additional time to file my own pro se brief. I'm currently waiting on all transcripts & clerk's records from my trial. If possible I'd like an extension of time to file my own brief. & have it submitted.

Thank you for Addressing this matter.

my Information is

Tazzie Mae Gray
TDC# 02003574
Marlin unit
2893 State Hwy 6
Marlin, Texas 76661

my Case number is 12-15-00168-CR

FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 14 2015

TYLER TEXAS
PAM ESTES. CLERK